An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY HUGHES,
Appellant,
vs.
BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A.; BAC HOME
LOANS SERVICING, LP;
RECONTRUST COMPANY, N.A.;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION; WASHOE COUNTY
RECORDERS OFFICE; AND KATHRYN
L. BURKE, COUNTY RECORDER,
Respondents.

No. 62265

**FILED**

APR 08 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMSSING APPEAL

This appeal challenges the removal of the underlying case to federal court. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

"NRAP 3A(b) designates the judgments and orders from which an appeal may be taken, and where no statutory authority to appeal is granted, no right exists." Taylor Constr. Co. v. Hilton Hotels, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984), see NRAP 3A(b) (listing orders and judgments from which an appeal may be taken). As no statute or court rule authorizes an appeal under the circumstance presented here, we lack jurisdiction to consider this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

B-10103

cc:    Hon. Scott N. Freeman, District Judge
Gregory Hughes
Akerman Senterfitt/Las Vegas
Washoe County District Attorney/Civil Division
Washoe District Court Clerk